# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3074**  **September Term, 2024**

1:21-cr-00178-APM-2
1:21-cr-00178-APM-1
1:21-cr-00178-APM-3

**Filed On: November 12, 2024** [2084410]

United States of America,

    Appellee

    v.

Jeffrey Scott Brown,

    Appellant

-----------------------------

Consolidated with 23-3075, 23-3104

    **BEFORE:** Circuit Judges Millett and Garcia, and Senior Circuit Judge Rogers

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, November 12, 2024 at 9:31 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

    Jerome A Madden (Court-Appointed), counsel for Appellant Jeffrey Brown.

    Dennis E. Boyle, counsel for Appellant Peter Schwartz.

    Benjamin Schiffelbein (FPD), counsel for Appellant Markus Maly.

    Peter F. Andrews (AUSA), counsel for Appellee.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
             Anne A. Rothenberger
             Deputy Clerk